IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**AVERY JACKSON, individually and on behalf of all others similarly situated,**

 **Plaintiff,**

**v.**

**VAN KAMPEN SERIES FUND, INC., and VAN KAMPEN INVESTMENT ADVISORY CORP.,**

 **Defendant.**             Case No. 06-cv-994-DRH

## ORDER

**HERNDON, District Judge:**

 Before the Court is Defendants' Motion to Consolidate (Doc. 5). As the two cases are actually identical cases, but merely at different procedural stages, the Court hereby **GRANTS** said Motion (Doc. 5) and **CONSOLIDATES** the above-captioned Case No. 06-cv-994-DRH with Case No. 06-cv-944-DRH, and that further proceedings in the consolidated litigation be docketed under the earlier case number of **06-cv-944-DRH-CJP**.

 **IT IS SO ORDERED.**

 Signed this 28th day of December, 2006.

                /s/  David RHerndon
                **United States District Court**